# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**SEALED**

v.

**CASE NO.**    26-cr-10106-01-JMK

ERIC C. BROWN,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**INTERSTATE COMMUNICATIONS**
**WITH A THREAT TO INJURE**
**[18 U.S.C. § 875]**

On or about June 23, 2025, in the District of Kansas and elsewhere, the defendant,

**ERIC C. BROWN,**

knowingly and willfully did transmit in interstate commerce, from the State of Kansas, to

the State of Louisianna, a communication containing a threat to injure the person of

another, specifically, **BROWN**, while in the District of Kansas, called the United States

Coast Guard Station in New Orleans and stated "do you remember me? When I get ahold

of you, I'm going to kill you. I have you right in the palm of my hand," such threats being directed to United States Coast Guard, and employees thereof, specifically the watchstander.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

July 14, 2026                           s/Foreperson
DATE                                    FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

2

## **PENALTIES**

**Count 1:  18 U.S.C. § 875(c)**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 875(c).

- A term of supervised release of not more than one year.  18 U.S.C. §3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).